CLOSED

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:24-cv-01353-MN

Corbin et al v. Hilco Merchant Resources LLC
Assigned to: Judge Maryellen Noreika
Case in other court: Massachusetts, 1:23-cv-12807
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 12/10/2024
Date Terminated: 01/09/2025
Jury Demand: None
Nature of Suit: 790 Labor: Other
Jurisdiction: Diversity

**Plaintiff**

**Christopher Corbin**
*Individually and on behalf of all others similarly situated*

**Plaintiff**

**Rich Seronick**
*Individually and on behalf of all others similarly situated*

V.

**Defendant**

**Marc Salkovitz**
*TERMINATED: 12/18/2024*

**Defendant**

**Pam Salkovitz**
*TERMINATED: 12/18/2024*

**Defendant**

**Hilco Merchant Resources LLC**    represented by    **Mark L. Desgrosseilliers**
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street
Suite 5400
Wilmington, DE 19801
302-295-0192
Email: desgross@chipmanbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina M. Berish**
Email: cberish@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James D. Duffy**
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2023 | 1 | NOTICE OF REMOVAL by HILCO Merchant Resources, LLC ( Filing fee: $ 402, receipt number AMADC-10139577 Fee Status: Filing Fee paid) (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Category Form)(Cowley, Steven). [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/17/2023) |
| 11/17/2023 | 2 | DECLARATION re 1 Notice of Removal, *OF JASON SCHABINGER* by HILCO Merchant Resources, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/17/2023) |
| 11/17/2023 | 3 | CORPORATE DISCLOSURE STATEMENT by HILCO Merchant Resources, LLC identifying Corporate Parent Hilco Trading, LLC for HILCO Merchant Resources, LLC.. (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/17/2023) |
| 11/17/2023 | 4 | NOTICE of Appearance by Steven M. Cowley on behalf of HILCO Merchant Resources, LLC (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/17/2023) |
| 11/17/2023 | 5 | NOTICE of Appearance by McKenna Heath on behalf of HILCO Merchant Resources, LLC (Heath, McKenna) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/17/2023) |
| 11/20/2023 | 6 | ELECTRONIC NOTICE of Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Cowan, Nicole) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/20/2023) |
| 11/20/2023 | 7 | Certified Copy of Notice of Removal Provided to Defense Counsel by Email. (Cook, Savannah) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/20/2023) |
| 11/22/2023 | 8 | Assented to MOTION for Extension of Time to December 8, 2023 to File Answer re 1 Notice of Removal *to Plaintiffs' Complaint* by HILCO Merchant Resources, LLC. (Attachments: # 1 Text of Proposed Order)(Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/22/2023) |
| 11/22/2023 | 9 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 8 Assented Motion for Extension of Time to Answer re 1 Notice of Removal *to Plaintiffs' Complaint*. HILCO Merchant Resources, LLC answer due December 8, 2023. (Kelly, Danielle) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/22/2023) |
| 11/27/2023 | 10 | STATE COURT Record. (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/27/2023) |
| 12/07/2023 | 11 | MOTION to Transfer Case *Venue* to Delaware. by HILCO Merchant Resources, LLC.(Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/07/2023) |
| 12/07/2023 | 12 | MEMORANDUM in Support re 11 MOTION to Transfer Case *Venue* to Delaware. filed by HILCO Merchant Resources, LLC. (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/07/2023) |
| 12/07/2023 | 13 | Joint MOTION to Stay *Responsive Pleading Deadlines Until Jurisdiction and Forum Disputes are Resolved (Defendants' Joint Motion) (* by HILCO Merchant Resources, LLC.(Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/07/2023) |
| 12/07/2023 | 14 | EXHIBIT re 1 Notice of Removal *(Notice of Correction to Defendant Hilco Merchant Resources, LLCs Notice of Removal)* by HILCO Merchant Resources, LLC. (Attachments: # 1 Corrected Notice of Removal)(Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/07/2023) |
| 12/11/2023 | 15 | Judge Indira Talwani: ELECTRONIC ORDER granting in part and denying without prejudice in part Defendants' Joint Motion to Stay [Doc. No. 13 ]. Defendants' motion to stay the current December 8, 2023 responsive pleading deadline until 14 days after the court issues its ruling on the Motion to Transfer Venue [Doc. No. 11 ] is GRANTED nunc pro tunc. The request that the stay remain in place until 14 days after the court issues its ruling on motions not yet filed is DENIED |

| | | |
|---|---|---|
| | | without prejudice. The parties may renew the motion to continue the stay but shall identify the specific motions that the parties contend should be addressed prior to Defendants' filing of a responsive pleading and a proposed schedule for filing such motions. (Kelly, Danielle) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/11/2023) |
| 12/18/2023 | 16 | MOTION to Remand to State Court *or, in the Alternative, to Abstain* by Marc Salkovitz, Pam Salkovitz.(Fencer, Michael) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/18/2023) |
| 12/18/2023 | 17 | MEMORANDUM in Support re 16 MOTION to Remand to State Court *or, in the Alternative, to Abstain* filed by Marc Salkovitz, Pam Salkovitz. (Fencer, Michael) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/18/2023) |
| 12/18/2023 | 18 | AFFIDAVIT of Marc Salkovitz in Support re 16 MOTION to Remand to State Court *or, in the Alternative, to Abstain* filed by Marc Salkovitz, Pam Salkovitz. (Fencer, Michael) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/18/2023) |
| 12/18/2023 | 19 | AFFIDAVIT of Pam Salkovitz in Support re 16 MOTION to Remand to State Court *or, in the Alternative, to Abstain* filed by Marc Salkovitz, Pam Salkovitz. (Fencer, Michael) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/18/2023) |
| 12/18/2023 | 20 | AFFIDAVIT of Marjorie Kaufman in Support re 16 MOTION to Remand to State Court *or, in the Alternative, to Abstain* filed by Marc Salkovitz, Pam Salkovitz. (Fencer, Michael) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/18/2023) |
| 12/18/2023 | 21 | MOTION to Remand to State Court *and for Limited Jurisdictional Discovery* by Christopher Corbin.(Shafran, Adam) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/18/2023) |
| 12/18/2023 | 22 | MEMORANDUM in Support re 21 MOTION to Remand to State Court *and for Limited Jurisdictional Discovery* filed by Christopher Corbin. (Attachments: # 1 Exhibit A (Declaration of Marjorie Kaufman))(Shafran, Adam) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/18/2023) |
| 12/20/2023 | 23 | Emergency MOTION for Extension of Time to January 12, 2024 to Oppose Motion to Transfer Venue *of Plaintiffs and Marc Salkovitz and Pam Salkovitz* by Marc Salkovitz, Pam Salkovitz. (Fencer, Michael) Modified on 12/21/2023: corrected event type (Kelly, Danielle). [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/20/2023) |
| 12/22/2023 | 24 | Judge Indira Talwani: ELECTRONIC ORDER regarding Joint Emergency Motion 23 . Plaintiffs and the Individual Defendants contend that the court must first rule on their Remand/Abstention Motions [ 16 , 21 ] before addressing Defendant Hilco's Motion to Transfer Venue 11 . Joint Emergency Motion 1 23 . They ask the court to suspend the deadline for them to respond to Hilco's motion until the court rules on their Remand/Abstention motions or, if the court is not inclined to grant the stay as requested, to extend the deadline to oppose to the Motion to Transfer until January 12, 2024. Id. at 1–2. They report that Hilco opposes the stay but assents to extending the deadline to January 12, 2024. Id. at 2. The Joint Emergency Motion 23 is granted in part and remains under advisement in part.<br><br>Plaintiffs and the Individual Defendants' deadline to respond to the Motion to Transfer is stayed pending further order of the court. No later than January 5, 2023, Defendant Hilco shall file any opposition it has to the court continuing the stay of the deadline for responding to the Motion to Transfer pending resolution of the Remand/Abstention Motions.(Kelly, Danielle) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/22/2023) |
| 12/22/2023 | 25 | MEMORANDUM in Opposition re 23 MOTION for Extension of Time to File Response/Reply filed by HILCO Merchant Resources, LLC. (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/22/2023) |
| 12/27/2023 | 26 | Assented to MOTION for Extension of Time to January 12, 2024 to Enlarge Remand Response Deadline *To Pending Motions To Remand* by HILCO Merchant Resources, LLC.(Cowley, Steven) Modified on 12/28/2023: corrected event type (Kelly, Danielle). [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/27/2023) |

| 01/02/2024 | 27 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 26 Assented to Motion for Extension of Time to January 12, 2024 to Enlarge Remand Response Deadline To Pending Motions To Remand. (Kelly, Danielle) [Transferred from Massachusetts on 12/10/2024.] (Entered: 01/02/2024) |
| --- | --- | --- |
| 01/12/2024 | 28 | Opposition re 21 MOTION to Remand to State Court *and for Limited Jurisdictional Discovery* filed by HILCO Merchant Resources, LLC. (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 01/12/2024) |
| 01/12/2024 | 29 | DECLARATION re 28 Opposition to Motion *to Remand and for Limited Jurisdictional Discovery [George L. Miller]* by HILCO Merchant Resources, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 01/12/2024) |
| 01/12/2024 | 30 | Opposition re 16 MOTION to Remand to State Court *or, in the Alternative, to Abstain from Hearing Removed Proceedings* filed by HILCO Merchant Resources, LLC. (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 01/12/2024) |
| 08/07/2024 | 31 | Judge Indira Talwani: ELECTRONIC ORDER as to Partially Assented-to and Partially Opposed Joint Emergency Motion to Stay Deadline to Oppose Motion to Transfer Venue Until Motions to Remand or Abstain are Resolved [Doc. No. 23 ]. The court had previously granted this motion in part and kept it under advisement in part. See Elec. Order 24 . The stay of the deadlines for the Plaintiffs and Individual Defendants to respond to Hilco's Motion to Transfer Case Venue to Delaware [Doc. No. 11 ] pending further court order is now lifted. Plaintiffs and Individual Defendants shall file any oppositions to the Motion to Transfer [Doc. No. 11 ], limited to arguments not already included in their Motions to Remand / Abstain [Doc. Nos. 16 , 21 ], no later than **Wednesday, August 21, 2024.** (Kelly, Danielle) [Transferred from Massachusetts on 12/10/2024.] (Entered: 08/07/2024) |
| 08/20/2024 | 32 | NOTICE of Withdrawal of Appearance by Steven M. Cowley (Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 08/20/2024) |
| 08/21/2024 | 33 | Opposition re 11 MOTION to Transfer Case *Venue* to Delaware. *Memorandum of Law in Opposition to Motion to Transfer Venue (with certificate of service)* filed by Marc Salkovitz, Pam Salkovitz. (Fencer, Michael) [Transferred from Massachusetts on 12/10/2024.] (Entered: 08/21/2024) |
| 08/21/2024 | 34 | NOTICE of Appearance by Sean B. Cullen on behalf of Christopher Corbin, Rich Seronick (Cullen, Sean) [Transferred from Massachusetts on 12/10/2024.] (Entered: 08/21/2024) |
| 08/21/2024 | 35 | Opposition re 11 MOTION to Transfer Case *Venue* to Delaware. *with Certificate of Service* filed by Christopher Corbin, Rich Seronick. (Cullen, Sean) [Transferred from Massachusetts on 12/10/2024.] (Entered: 08/21/2024) |
| 11/01/2024 | 36 | Judge Indira Talwani: ORDER entered. MEMORANDUM AND ORDER.<br><br>For the foregoing reasons, this court SEVERS the claims against the Salkovitzes from the claims against Hilco. The Motions to Remand [Doc. Nos. 16 , 21 ] are GRANTED as to Plaintiffs' claims against the Salkovitzes and DENIED as to Plaintiffs' claims against Hilco. Hilco's Motion to Transfer Venue [Doc. No. 11 ] to the District of Delaware is GRANTED as to the claims against Hilco. No sooner than 30 days following this order, the clerk shall remand the case as to the claims against the Salkovitzes to the Massachusetts Superior Court, Plymouth County, in accordance with Local Rule 81.1, and shall transfer the case as to the claims against Hilco to the United States District Court for the District of Delaware.<br><br>**IT IS SO ORDERED.**<br><br>(Cook, Savannah) [Transferred from Massachusetts on 12/10/2024.] (Entered: 11/01/2024) |
| 12/09/2024 | 37 | Assented to MOTION for Extension of Time to File Response/Reply by HILCO Merchant Resources, LLC.(Cowley, Steven) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/09/2024) |

| | | |
|---|---|---|
| 12/10/2024 | 38 | Judge Indira Talwani: ORDER entered. ORDER OF REMAND to the State Court.(Cook, Savannah) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/10/2024) |
| 12/10/2024 | 39 | Case file sent to Massachusetts Superior Court for Plymouth County. (Cook, Savannah) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/10/2024) |
| 12/10/2024 | 40 | Judge Indira Talwani: ORDER entered. TRANSFER ORDER. (Cook, Savannah) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/10/2024) |
| 12/10/2024 | 41 | Case transferred U.S. District Court for the District of Delaware; Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (Cook, Savannah) [Transferred from Massachusetts on 12/10/2024.] (Entered: 12/10/2024) |
| 12/10/2024 | 42 | Record of case transferred in from District of Massachusetts; Case Number in Other District: 1:23-cv-12807. Copy of Docket Sheet and original file (Entered: 12/10/2024) |
| 12/10/2024 | 43 | Local Counsel Letter sent to Adam J. Shafran, Steven M. Cowley, and Michael J. Fencer. Notice of Compliance deadline set for 1/9/2025. (mpb) (Entered: 12/10/2024) |
| 12/18/2024 | | Case Assigned to Judge Maryellen Noreika. Please include the initials of the Judge (MN) after the case number on all documents filed. (rjb) (Entered: 12/18/2024) |
| 12/24/2024 | 44 | MOTION for Pro Hac Vice Appearance of Attorney Christina M. Berish - filed by Hilco Merchant Resources LLC. (Desgrosseilliers, Mark) (Entered: 12/24/2024) |
| 12/24/2024 | 45 | MOTION for Pro Hac Vice Appearance of Attorney J. David Duffy - filed by Hilco Merchant Resources LLC. (Desgrosseilliers, Mark) (Entered: 12/24/2024) |
| 12/26/2024 | 46 | Pro Hac Vice Fee - Credit Card Payment received for Christina M. Berish and J. David Duffy. ( re 45 MOTION for Pro Hac Vice Appearance of Attorney J. David Duffy, 44 MOTION for Pro Hac Vice Appearance of Attorney Christina M. Berish )( Payment of $ 100, receipt number ADEDC-4577864).(Desgrosseilliers, Mark) (Entered: 12/26/2024) |
| 12/26/2024 | 47 | Joint STIPULATION and Proposed Order (I) Referring Case to the Honorable Thomas M. Horan in the United States Bankruptcy Court and (II) Extending (A) Time for Plaintiffs to Obtain Delaware Counsel and (B) Defendant to Answer or Otherwise Respond to Complaint by Christopher Corbin, Rich Seronick, Hilco Merchant Resources LLC. (Desgrosseilliers, Mark) (Entered: 12/26/2024) |
| 12/27/2024 | | SO ORDERED re 45 MOTION for Pro Hac Vice Appearance of Attorney J. David Duffy, 44 MOTION for Pro Hac Vice Appearance of Attorney Christina M. Berish filed by Hilco Merchant Resources LLC. ORDERED by Judge Maryellen Noreika on 12/27/2024. (dlw) (Entered: 12/27/2024) |
| 12/31/2024 | | Pro Hac Vice Attorney Christina M. Berish for Hilco Merchant Resources LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (scs) (Entered: 12/31/2024) |
| 12/31/2024 | | Pro Hac Vice Attorney James D. Duffy for Hilco Merchant Resources LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (oam) (Entered: 12/31/2024) |
| 01/09/2025 | 48 | SO ORDERED re 47 Stipulation and Order (I) Referring Case to the Honorable Thomas M. Horan in the United States Bankruptcy Court for the District of Delaware and (II) Extending (A) Time for Plaintiffs to Obtain Delaware Counsel and (B) Defendant to Answer or Otherwise Respond to Complaint ***Civil Case Terminated. Signed by Judge Maryellen Noreika on 1/9/2025. (dlw) (Entered: 01/09/2025) |