To: Ian Fredericks

Jul 26, 2023 at 9:44 AM

> Hope all is well. I'm being told there is confusion on store employee retention bonuses. You had said you were paying it directly with a 1099. Or how should we handle? We need to make payments this week for people leaving now

Payments do not need to be paid this week. They were always in budget for the payroll after.

I said I would handle one way or another. The issue was the final bonuses payable the week of 9/2 and if we need to pay those 1099 we would if we couldn't run another payroll.

No bonuses should be paid this week.



And, the sale isn't over until next week anyway - 7/30 — with vacate 7/31. So, nothing should be paid.

Great. I'll take care of it on our end

Before you put anything in payroll, our team needs to validate that people actually met criteria. So, you should coordinate with Koos or Sheri/Gary. We aren't paying for people who didn't meet criteria.

Makes sense to me.

We will be running a detailed report on Monday or Tuesday for the stores (23) that are closing. It will show each employee along with full eligibility if met, and we'll get that to your team for approval.

Delivered

Thanks.

  iMessage