**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| Christopher Corbin and Rich Seronick, Individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | Adversary No. 25-50003 (TMH) |
| v. | |
| Hilco Merchant Resources, LLC, | **Re: Adv. Docket Nos. 94 and 99** |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
EXTENDING TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF
DEFENDANT HILCO MERCHANT RESOURCES, LLC'S MOTION TO AMEND
FINDINGS, ALTER OR AMEND JUDGMENT, AND/OR FOR RELIEF FROM ORDER**

The undersigned counsel for defendant, Hilco Merchant Resources, LLC (the "**Defendant**" or "**Hilco**"), hereby certifies as follows:

1.      On December 4, 2025, the Court issued a Letter Opinion on Its Ruling on Abstention [Adv. Docket No. 93].

2.      On December 17, 2025, Hilco filed *Defendant Hilco Merchant Resources, LLC's Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order* [Adv. Docket No. 94] (the "**Motion**").

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

3.      On December 29, 2025, Hilco filed the *Certification of Counsel Regarding Approval of Order* [Adv. Docket No. 97].  In its *Order* [Adv. Docket No. 98] entered on December 30, 2025, the Court stated it will resolve Hilco's Motion before making a determination to remand this case to state court, return the case to the Delaware district court, or transfer the case back to the Massachusetts district court.

4.      On December 30, 2025, Plaintiffs Christopher Corbin and Rich Seronick, individually and on behalf of all other similarly situated (the "**Plaintiffs**") filed *Plaintiffs' Opposition to Defendant Hilco Merchant Resources, LLC's Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order* [Adv. Docket No. 99] (the "**Opposition**").

5.      The current deadline for Defendant to file its reply in support of *Defendant Hilco Merchant Resources, LLC's Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order* is January 6, 2025.  [LR 7007-1(iii)].

6.      On January 5, 2026, the Parties entered into the *Stipulation Extending Time for Defendant to File a Reply in Support of Defendant Hilco Merchant Resources, LLC's Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order* (the "**Stipulation**").

7.      Attached hereto as **<u>Exhibit A</u>** is a proposed order approving the Stipulation (the "**Proposed Order**"). Attached to the Proposed Order as <u>Exhibit 1</u> is a fully executed Stipulation.

8.      It is respectfully submitted that the entry of the Proposed Order approving the Stipulation will provide the Defendant the necessary time to review and respond to the Opposition.

9.      Accordingly, the Parties respectfully request entry of the Proposed Order attached hereto as **<u>Exhibit A</u>** at the Court's earliest convenience.

**[SIGNATURE PAGE TO FOLLOW]**

- 3 -

Dated: January 5, 2026
     Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Alison R. Maser (No. 7430)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   desgross@chipmanbrown.com
         maser@chipmanbrown.com

-and-

Christina M. Berish (Admitted *pro hac vice*)
David Duffy (Admitted *pro hac vice*)
**THOMPSON COBURN LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Telephone:   (312) 346-7500
Email:   cberish@thompsoncoburn.com
         dduffy@thompsoncoburn.com

*Counsel for Hilco Merchant Resources, LLC*