**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br>(Jointly Administered) |
| Christopher Corbin and Rich Seronick,<br>Individually, and on behalf of all others<br>similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>Hilco Merchant Resources, LLC,<br><br>           Defendant. | Adversary No. 25-50003 (TMH)<br><br><br>Related to Docket No. 94 |

**NOTICE OF AGENDA FOR THE HEARING**
**SCHEDULED FOR MAY 27, 2026, AT 11:00 A.M. (EASTERN TIME)**

> **This proceeding will be conducted in-person.**
>
> **All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

A.      **MATTER GOING FORWARD**

1.      Defendant Hilco Merchant Resources, LLC's Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order, filed December 17, 2025 [Docket No. 94].

Objection Deadline: December 31, 2025, at 4:00 p.m. (ET).

Responses Received:

A.      Brief in Opposition to Defendant Hilco Merchant Resources, LLCs Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order, filed December 30, 2025 [Docket No. 99].

Related Pleadings:

B.      Letter Opinion Regarding Ruling on Abstention, entered December 4, 2025 [Docket No. 93].

C.      Legal Memorandum in Support of Defendant Hilco Merchant Resources, LLC's Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order, filed December 17, 2025 [Docket No. 95].

D.      Reply in Support of Defendant Hilco Merchant Resources, LLC's Motion to Amend Findings, Alter or Amend Judgment, and/or for Relief from Order, filed January 9, 2026 [Docket No. 102].

E.      Request for Oral Argument Filed by Hilco Merchant Resources LLC, filed January 21, 2026 [Docket No. 103].

F.      Notice of Completion of Briefing, Filed by Hilco Merchant Resources LLC, filed January 21, 2026 [Docket No. 104].

G.      Notice of Rescheduled Oral Argument, filed April 30, 2026 [Docket No. 107].

- 3 -

Status: This matter is going forward.

Dated:  May 22, 2026
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Alison R. Maser (No. 7430)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Email:  desgross@chipmanbrown.com
        maser@chipmanbrown.com
-and-

**THOMPSON COBURN LLP**
J. David Duffy (Admitted *pro hac vice*)
Christina M. Berish (Admitted *pro hac vice*)
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Telephone:   (312) 346-7500
Email:  dduffy@thompsoncoburn.com
        cberish@thompsoncoburn.com

*Counsel for Hilco Merchant Resources, LLC*