**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*<br><br>Debtors.[1]<br><br>―――――――――――――――――――――<br><br>Christopher Corbin and Rich Seronick,<br>Individually, and on behalf of all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hilco Merchant Resources, LLC,<br><br>Defendant. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br><br><br><br><br><br><br>Adv. Pro. No.: 25-50003 (TMH) |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE,** that the United States Bankruptcy Court for the District of Delaware has scheduled a remote status conference (the "Status Conference") to be held on **June 22, 2026, at 2:00 p.m. (ET)**. The Status Conference will be held by Zoom only.

**PLEASE TAKE FURTHER NOTICE**, that participants wishing to participate in the Status Conference should register using the following link no later than **4:00 p.m. on June 19, 2026**.

eCourt Appearances | District of Delaware | United States Bankruptcy Court

―――――――――――――――――

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

1

Once registered, parties will receive a confirmation email containing personal log-in information for the Status Conference.

Dated: May 28, 2026

**CONNELL FOLEY LLP**

*/s/ Katharina Earle*
Katharina Earle (6348)
1000 North West Street
Wilmington, DE 19801
Telephone:    (302) 679-4297
Email:            kearle@connellfoley.com

and

Mark Conlan (admitted *pro hac vice*)
56 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 535-0500
E-mail:        mconlan@connellfoley.com

and

Adam J. Shafran (admitted *pro hac vice*)
Sean B. Cullen (admitted *pro hac vice*)
**RUDOLPH FRIEDMANN LLP**
92 State Street Boston, MA 02109
Telephone: (617) 723-7700
Email:        ashafran@rflawyers.com
                    scullen@rflawyers.com

*Counsel for Christopher Corbin and Rich Seronick*