# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.* | Case No.: 23-10576 (TMH) |
| Debtors.[1] | |
| _____ | |
| Christopher Corbin and Rich Seronick, Individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | Adv. Pro. No.: 25-50003 (TMH) |
| v. | |
| Hilco Merchant Resources, LLC, | |
| Defendant. | |

## NOTICE OF RESCHEDULED STATUS CONFERENCE IN ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE,** that the United States Bankruptcy Court for the District of Delaware has rescheduled the remote status conference (the "Status Conference") originally scheduled for June 22, 2026, at 2:00 p.m. (ET). The Status Conference will now be held on **July 8, 2026 at 2:00 p.m. (ET)**. The Status Conference will be held by Zoom only.

**PLEASE TAKE FURTHER NOTICE**, that participants wishing to participate in the Status Conference should register using the following link no later than **4:00 p.m. on July 7, 2026**.

eCourt Appearances | District of Delaware | United States Bankruptcy Court

Once registered, parties will receive a confirmation email containing personal log-in information for the Status Conference**.**

_____

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distribuing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

Dated: June 19, 2026

**CONNELL FOLEY LLP**

*/s/ Katharina Earle*
Katharina Earle (6348)
1000 North West Street
Wilmington, DE 19801
Telephone: (302) 679-4297
Email: kearle@connellfoley.com

and

Mark Conlan (admitted *pro hac vice*)
56 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 535-0500
E-mail: mconlan@connellfoley.com

and

Adam J. Shafran (admitted *pro hac vice*)
Eric Walz (*pro hac vice* motion
forthcoming)
Sean B. Cullen (admitted *pro hac vice*)
**RUDOLPH FRIEDMANN LLP**
92 State Street
Boston, MA 02109
Telephone: (617) 723-7700
Email: ashafran@rflawyers.com
        ewalz@rflawyers.com
        scullen@rflawyers.com

*Counsel for Christopher Corbin and
Rich Seronick*

## <u>CERTIFICATE OF SERVICE</u>

I, Katharina Earle, hereby certify that on June 19, 2026, a true and correct copy of the forgoing Notice of Rescheduled Status Conference in Adversary Proceeding (the "<u>Notice</u>"), was caused to be served via CM/ECF on all parties who have registered for electronic service in the above-captioned cases. I further certify that, in addition, I caused the Notice to be served on the parties listed below via electronic mail.

*/s/ Katharina Earle*
Katharina Earle (6348)

Mark L. Desgrosseilliers
Kristi J. Doughty
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: desgross@chipmanbrown.com
　　　doughty@chipmanbrown.com

-and-

Christina M. Berish
David Duffy
**THOMPSON COBURN LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Email: cberish@thompsoncoburn.com
　　　dduffy@thompsoncoburn.com

*Counsel for Hilco Merchant Resources, LLC*

Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Edward A. Corma, Esquire
**PACHILSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: bsandler@pszjlaw.com
　　　pkeane@pszjlaw.com
　　　ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*