**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTMAS TREE SHOPS, LLC, *et al*.<br><br>Debtors.[1] | Chapter 7<br><br>Case No.: 23-10576 (TMH) |
| Christopher Corbin and Rich Seronick, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Hilco Merchant Resources, LLC,<br><br>Defendant. | Adv. Pro. No.: 25-50003 (TMH) |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE,** that on September 2, 2026, true and correct copies of (i) *Plaintiffs' First Set of Interrogatories to Defendant Hilco Merchant Resources, LLC* and (ii) *Plaintiffs' First Requests for Production of Documents to Defendant Hilco Merchant Resources, LLC* were served via electronic mail upon the following parties.

Christina M. Berish
**Thompson Coburn LLP**
55 East Monroe, 37th Floor
Chicago, IL 60603
Email: CBerish@thompsoncoburn.com

J. David Duffy
**Thompson Coburn LLP**
55 East Monroe, 37th Floor
Chicago, IL 60603

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

Email: dduffy@thompsoncoburn.com

Mark L. Desgrosseilliers
**Chipman Brown Cicero & Cole, LLP**
Hercules Plaza
1313 North Market Street Suite 5400
Wilmington, DE 19801
Email: desgross@chipmanbrown.com

[*Signature Page Follows*]

Dated: September 2, 2026

**CONNELL FOLEY LLP**

*/s/ Katharina Earle*
Katharina Earle (6348)
1000 North West Street
Wilmington, DE 19801
Telephone: (302) 679-4297
Email: kearle@connellfoley.com

and

Mark Conlan (admitted *pro hac vice*)
56 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 535-0500
E-mail: mconlan@connellfoley.com

and

Adam J. Shafran (admitted *pro hac vice*)
Eric Walz (*pro hac vice* motion forthcoming)
Sean B. Cullen (admitted *pro hac vice*)
**RUDOLPH FRIEDMANN LLP**
92 State Street
Boston, MA 02109
Telephone: (617) 723-7700
Email: ashafran@rflawyers.com
ewalz@rflawyers.com
scullen@rflawyers.com

*Counsel for Christopher Corbin and Rich Seronick*